# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| BRETT OAKLEY, *et al.*, | : | Case No. 1:21-cv-00101 |
| Plaintiffs, | : | Judge Timothy S. Black |
| vs. | : | |
| MADISON TOWNSHIP, *et al.*, | : | |
| Defendants. | : | |

## ORDER STAYING CASE PENDING MEDIATION

This matter is before the Court following a status conference on July 21, 2021 in a companion case, *L.O.I. Property LLC v. Butler County* Case No. 1:20-cv-001010 (S.D. of Ohio).  In view of the parties' agreement to have both matters referred to the Court's Attorney-Based Mediation program for a joint mediation, the deadlines for further briefing on the pending motion for judgment on the pleadings and responding to discovery are hereby **STAYED** pending the outcome of mediation.

The parties are **ORDERED** to advise the Court of the outcome of mediation within one-week of the conclusion of the mediation.

   **IT IS SO ORDERED.**

Date: 7/22/2021                *s/Timothy S. Black*
                                Timothy S. Black
                                United States District Judge